IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Meon Miller                                              ) | C/A No. 0:13-1101-BHH-PJG |
|                 Plaintiff,      ) | |
|                                    ) | |
| vs.                                                              ) | |
|                                    ) | **ORDER** |
| James Metts, James Clawson, Aubry Kelly,       ) | |
|                                    ) | |
|                 Defendants.    ) | |
| _____ ) | |

On June 6, 2014, the defendants in this civil action filed a motion for summary judgment pursuant to the Federal Rules of Civil Procedure. (ECF No. 46.) As of the date of this order, the plaintiff, who is represented by counsel, has failed to respond to the motion in accordance with Local Civil Rule 7.06 DSC. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendants' motion for summary judgment within seven (7) days from the date of this order. Plaintiff is further advised that if he fails to respond, this action may be decided on the record presented in support of the defendants' motion, see Local Civil Rule 7.06 DSC, or may be recommended for dismissal with prejudice for failure to prosecute. See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

July 1, 2014                                                         _____
Columbia, South Carolina                                 Paige J. Gossett
                                                                                          UNITED STATES MAGISTRATE JUDGE